# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MASSACHUSETTS
### EASTERN DIVISION

|  |  |
|---|---|
| In re | ) |
|  | ) |
| PAUL FRANCIS, | ) CHAPTER 7 |
|  | ) CASE NO. 17-12708-FJB |
| Debtor. | ) |
|  | ) |
| JOHN O. DESMOND, CHAPTER 7 | ) |
| TRUSTEE FOR THE ESTATE OF | ) |
| PAUL FRANCIS, | ) |
|  | ) ADVERSARY PROCEEDING |
| Plaintiff | ) NO. 18-01041-FJB |
| v. | ) |
|  | ) |
| RUTH FRANCIS, | ) |
|  | ) |
| Defendant. | ) |

## MOTION FOR ENTRY OF JUDGMENT

The plaintiff, John O. Desmond, the duly appointed Chapter 7 Trustee of the bankruptcy estate of Paul Francis (the "Plaintiff" or "Trustee"), hereby moves for the formal entry of judgment in favor of the Trustee, that grants the Trustee authorization pursuant to Section 363(h) of the Bankruptcy Code to sell the Paul Francis (the "Debtor") and Ruth Francis' (the "Defendant") interest in their income producing property, known and numbered as 156 Norfolk Street, Boston Massachusetts and all improvements thereon (the "Subject Real Estate"). In further support the Trustee states as follows:

1. On April 10, 2018, the Trustee filed an adversary complaint against Ruth Francis (the "Defendant") pursuant to Section 363(h) of the Bankruptcy Code (the "Adversary

Complaint") and seeking to sell both the Debtor and the Defendant's interest in the Subject Real Estate. Adversary Proceeding 18-01041-FJB ("Adv. Pro.") Docket No. 1.

2. On July 10, 2018, the Trustee filed a Motion for Summary Judgment. Adv. Pro. Docket No. 21.

3. On August 28, 2018, the Court held a hearing on the Trustee's Motion for Summary Judgment (the "Hearing"). Adv. Pro. Docket No. 36.

4. After hearing argument from both parties, the Court indicated that it would allow the Trustee's Motion for Summary Judgment and issue appropriate findings consistent therewith. See Audio File at 38:50, Adv. Pro. Docket No. 36

5. The Subject Real Estate consists of a distressed income producing two-family rental property. See Bankr. Docket No. 15.

6. To date, the co-owner Defendant and the Debtor have not provided any rental income from the Subject Real Estate to the Trustee.

7. The Subject Real Estate may be the only asset in the Debtor's estate with equity available for payment to creditors.

WHEREFORE, the Trustee requests that the Court enter judgment authorizing the Trustee to sell both the Debtor's interest and the Defendant's interest in the Subject Real Estate located at 156 Norfolk Street, Boston, Massachusetts, pursuant to 11 U.S.C. § 363(h) as requested in the Trustee's Motion for Summary Judgment filed on July 10, 2018.

Respectfully submitted,

**JOHN O. DESMOND, CHAPTER 7 TRUSTEE OF THE ESTATE OF PAUL FRANCIS**

By his attorneys,

/s/     *Anthony R. Leone*
Thomas S. Vangel – BBO #552386
Anthony R. Leone - BBO #681760
Murtha Cullina LLP
99 High Street
Boston, MA 02110-2320
Telephone:  617.457.4000
Facsimile:  617.482.3868
tvangel@murthalaw.com
aleone@murthalaw.com

Dated:  January 8, 2019

3

## **CERTIFICATE OF SERVICE**

     I, Anthony R. Leone, hereby certify that this document was filed through the Court's ECF System and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

                                                                  */s/ Anthony R. Leone*