UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
Proceeding Memorandum/Order

**In Re:** John O. Desmond, Trustee v. Ruth Francis       **Case/AP Number** 18-01041 **-FJB**
**Chapter**

#21 Motion filed by Plaintiff John O Desmond For Summary Judgment

#32 Opposition filed by Defendant/Counter-Claimant Ruth Francis

**COURT ACTION:**

_____Hearing held

_____Granted       _____Approved       _____Moot

_____Denied       _____Denied without prejudice       _____Withdrawn in open court

_____Overruled   _____Sustained

_____Continued to_____

_____Proposed order to be submitted by _____

_____Stipulation to be submitted by_____

_____No appearance by _____

Show Cause Order     _____Released    _____Enforced

DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:

JUDGMENT:  This adversary proceeding having come before the Court on the plaintiff's motion for summary judgment, and, for the reasons set forth in the separate memorandum of decision of this date, the Court having determined that judgment should enter for the plaintiff as a matter of law, the Court hereby ORDERS and ADJUDGES that plaintiff John O. Desmond, as he is chapter 7 trustee in the bankruptcy case of Paul Francis (Case No. 17-12708-FJB, Bankruptcy Court, D. Mass.), may sell under 11 U.S.C. § 363(b) both the interest of the bankruptcy estate and the interest of Ruth Francis in the real property located at 156 Norfolk Street, Boston, Massachusetts, and the Court further ORDERS and ADJUDGES that the counterclaims of Ruth Francis are dismissed without prejudice as premature, and that she may raise the same again, if necessary, when the Trustee's moves for authority to sell the property.

IT IS SO ORDERED:

*Frank J. Bailey*

_____Dated: 03/18/2019
Frank J. Bailey
United States Bankruptcy Judge